WIDENER, Circuit Judge,
concurring:
I concur in the result for the sole reason that the measurement of the disabilities of Winn by the use of the AMA standards is much the same as that in the case of No. 00-1321, Newport News Shipbuilding v. Randall Pounders, today decided, so that circuit precedent, accordingly, would re *434 quire the application of the Harcum-Car-mines rule. I respectfully do not agree with the majority decision in its remarks with respect to company doctors and the use of forms.
In my opinion, the case should have been decided on the reasoning espoused by Administrative Judge Smith in the administrative decision in the Pounders case, and here, especially, is another illustration of requiring a physician to compare a known quantity (the subsequent work-related disability), with a quantity which does not exist (the previous “permanent partial disability.”).